THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of SAMUEL E. LEVINSON, Respondent, *v.* WALDORF SYSTEM INCORPORATED, Appellant.

First Department, October 27, 1939.

*Edmund M. McCarthy* of counsel [*John F. Faulkner* with him on the brief; *Kauffman, Tuttle & McCarthy*, attorneys], for the appellant.

*Charles E. Ramsgate* of counsel [*Paxton Blair* with him on the brief; *William C. Chanler, Corporation Counsel*], for the respondent.

PER CURIAM. The evidence failed to establish that the defendant's possession of the impure food was for the purpose of sale in that condition, in violation of section 163 of the Sanitary Code. (*People* v. *Woolworth Co.*, 250 App. Div. 864; *People* v. *Woolworth Co.*, 246 id. 838.) Possession, without intent to sell, is not included in the ordinance. (*People* v. *Timmerman*, 79 App. Div. 565; affd., 179 N. Y. 550.) In the present case any presumption of intent to sell arising from the possession of the impure food (Sanitary Code, art. 9, § 138*), was successfully repelled by the defendant's proof.

The judgment should be reversed and the information dismissed.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, GLENNON and UNTERMYER, JJ.

Judgment unanimously reversed and the information dismissed.